IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

DISTRICT COURT
**FILED**
JAN 17 2012

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

**Stacey Leon Ward,** )
        )
Plaintiff, )
        )
v. )  CJ-2012 00286
        )
**Aetna Life Insurance Company,** )  DANA LYNN KUEHN
        )
Defendant. )
        )

### PETITION

1. On December 21, 2007, Stacey Ward was employed by the City of Tulsa as a firefighter. Aetna Life Insurance Company funded a policy of group life insurance policy, which benefitted the Tulsa Firefighters Health and Welfare Trust. As such, Stacey Ward was an insured under the policy. The plan in question is a government plan which is exempted from ERISA. Therefore, there is no federal question involved in this case that would subject this case to removal to federal court.

2. On December 21, 2007, Stacey Ward was injured in a motor vehicle accident. As a result, he is now a paraplegic.

3. Under the terms of the policy mentioned above, Aetna should have paid Stacey $75,000.00. Stacey made a claim for the policy proceeds and Aetna denied the claim on December 9, 2008.

4. Stacey filed suit against Aetna on December 9, 2010. The case was removed to federal court and was dismissed without prejudice on January 20, 2011

WHEREFORE, Plaintiff seeks judgment against the Defendant for $75,000.00, exclusive of interest and costs.

_____
Tony Laizure OBA# 5170
Attorney for Plaintiff
2417 E. Skelly Drive
Tulsa, OK   74105
918-749-0749 Phone
918-747-0751 Fax

Attorney Lien Claimed
Jury Trial Demanded

2