# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. **Stacey Leon Ward**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-CV-046-GKF-TLW |
| ) | |
| 1. **Aetna Life Insurance Company,** ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties and hereby stipulate that this case is dismissed with prejudice to its refiling.

Respectfully submitted,

By   s/Anthony M. Laizure
    Anthony M. Laizure, OBA#5170
    2417 E. Skelly Drive
    Tulsa, OK 74105
    (918)749-0749 Telephone
    (918)747-0751 Facsimile
    *Attorney for Plaintiff*


By   s/Timothy A. Carney
    Timothy A. Carney, OBA#111784
    Erin K. Dailey
    Gable, Gotwals, et al.
    1100 ONEOK Plaza
    100 West Fifth Street
    Tulsa, OK 74103-4217
    (918)595-4800 Telephone
    (918)595-4990 Facsimile
    *Attorney for Defendant*